**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00338-CV

### IN THE INTEREST OF J.R.I., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-03557-T**

## ORDER

Before the Court are appellee's April 2, 2014 motion to dismiss the appeal for failure to file a timely notice of appeal and appellant's April 9, 2014 motion for an extension of time to file a notice of appeal. We **GRANT** appellant's motion for an extension of time to file a notice of appeal. The notice of appeal filed by appellant on March 18, 2014 is deemed timely for jurisdictional purposes.

We **DENY** as moot appellee's motion to dismiss the appeal.

/s/     ADA BROWN
           JUSTICE